UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MONTOYA, MARTINA | § | Case No. 09-39652 |
| MONTOYA, ROGELIO | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   KENNETH S. GARDNER
   CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/20/2012 in Courtroom 642,
           United States Courthouse
           219 South Dearborn Street
           Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/13/2012                By: /s/ Barry A. Chatz, Trustee
                                           Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-39652-SPS
Martina Montoya                                                           Chapter 7
Rogelio Montoya
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon              Page 1 of 3           Date Rcvd: Feb 14, 2012
                              Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2012.
```
db         +Martina Montoya,    2417 S. Trumbull,    Chicago, IL 60623-3929
jdb        +Rogelio Montoya,    2417 S. Trumbull,    Chicago, IL 60623-3929
aty        +Cohen & Krol,   Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
14869616   +BAC Home Loans Servcing LP,    105 W Adams St Suite 2000,    Chicago, IL 60603-6214
14619021    BAC Home Loans Servicing, LP,    P.O. Box 650070,    Dallas, TX 75265-0070
14619022    Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019
14619023   +Bayview Loan Servicing,    4425 Ponce de Leon Blvd.,    5th Floor,    Miami, FL 33146-1837
14619024   +Blatt, Hasenmiller, Leibsker & Moor,    125 South Wacker Drive, Suite 400,
             Chicago, IL 60606-4440
14619025    Chase,   Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
14619026    CitiFinancial,    P.O. Box 6931,    The Lakes, NV 88901-6931
14737051    CitiFinancial, Inc.,    P.O. Box 140489,    Irving, T X 75014-0489
14952929   +FIA Card Services NA aka Bank of America,    By PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
14683463    FIA Card Services aka Bank of America,    POB 3001,    Malvern, PA 19355-0701
14619028   +Michael D. Fine & Sarah A. Faulker,    131 South Dearborn ST,    Floor 5,    Chicago, IL 60603-5571
14619029    NCO Financial Systems,    PO Box 17080,    Wilmington, DE 19850-7080
14868515   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Sams Club,
             POB 41067,    NORFOLK VA 23541-1067
14619031    Sears Credit Cards,    P.O. Box 183082,    Columbus, OH 43218-3082
14619034    TCF National Bank,    PO Box 1485,    Minneapolis, MN 55480-1485
14619033    TCF National Bank,    PO Box 1501,    Minneapolis, MN 55480-1501
14619037   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Financial Services,     P.O. Box 5855,
             Carol Stream, IL 60197-5855)
14619032   #Target National Bank,    P. O. Box 59317,    Minneapolis, MN 55459-0317
14619035    The CBE Group, Inc.,    Payment Processing Center,    PO Box 720,    Waterloo, IA 50704-0720
14619036    The Palmer Firm, P.C.,    PO Box 830723,    Birmingham, AL 35283-0723
14619038    Zwicker & Associates, P.C.,    80 Minuteman Road,    Andover, MA 01810-1008
14964814    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
             Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14937028       E-mail/Text: resurgentbknotifications@resurgent.com Feb 15 2012 04:13:56     CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14619027      +E-mail/Text: feiwellbk@feiwellhannoy.com Feb 15 2012 04:16:01     Feiwell & Hannoy, P.C.,
               251 N. Illinois Street, Suite 1700,    Indianapolis, IN 46204-4302
15473367       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2012 04:54:01
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
14619029       E-mail/Text: bankruptcydepartment@ncogroup.com Feb 15 2012 05:03:14     NCO Financial Systems,
               PO Box 17080,    Wilmington, DE 19850-7080
14619030       E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2012 04:42:09     Sam's Club,    P.O. Box 530942,
               Atlanta, GA 30353-0942
14676889      +E-mail/Text: bncmail@w-legal.com Feb 15 2012 05:01:26     TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14869302*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
            (address filed with court: Toyota Motor Credit Corporation,     5005 North River Blvd., N.E.,
             Cedar Rapids, IA 52411-6634)
14964815*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
             Newark, NJ 07193-5480
14969744*    eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
             Newark, NJ 07193-5480
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: kseldon              Page 2 of 3              Date Rcvd: Feb 14, 2012
                              Form ID: pdf006            Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: kseldon              Page 3 of 3              Date Rcvd: Feb 14, 2012
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2012 at the address(es) listed below:

        Barry A Chatz    bachatz@arnstein.com, bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
        Gina B Krol    on behalf of Trustee Barry Chatz gkrol@cohenandkrol.com, jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        John A Rottier    on behalf of Debtor Martina Montoya jrottier@katzlawchicago.com, angie@katzlawchicago.com;iavalos@katzlawchicago.com
        Joseph E Cohen    on behalf of Trustee Barry Chatz jcohen@cohenandkrol.com, jcohenattorney@aol.com;jhazdra@cohenandkrol.com
        Matteo A. Crawford    on behalf of Creditor  TCF NATIONAL BANK mcrawford@davidtcohenlaw.com
        Mitchell  Lieberman    on behalf of Creditor  BAC Home Loans Servicing LP f/k/a Countrywide Home Loans Servicing, LP mlieberman@noonanandlieberman.com, igarza@noonanandlieberman.com;sneedham@noonanandlieberman.com;ccocanig@noonanandlieberman.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Steven  Schmall    on behalf of Debtor Martina Montoya sschmall@katzlawchicago.com, angie@katzlawchicago.com
        Yan  Teytelman    on behalf of Trustee Barry Chatz law_4321@yahoo.com, Billbusters@BestClientinc.com

                                                                                                                           TOTAL: 9