UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                   §
                                         §
MONTOYA, MARTINA                         §     Case No. 09-39652
MONTOYA, ROGELIO                         §
                                         §
                                         §
            Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

   3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           , and it was converted to chapter 7 on          . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BAC HOME LOANS SERVCING LP |  |  |  |  |  |
| 000005 | TOYOTA MOTOR CREDIT CORPORATION |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 15019 Wilmington, DE 19886-5019 | | | | | |
| | Bayview Loan Servicing 4425 Ponce de Leon Blvd. 5th Floor Miami, FL 33146 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 South Wacker Drive, Suite 400 Chicago, IL 60606 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | CitiFinancial P.O. Box 6931 The Lakes, NV 88901-6931 | | | | | |
| | Feiwell & Hannoy, P.C. 251 N. Illinois Street, Suite 1700 Indianapolis, IN 46204-1944 | | | | | |
| | Michael D. Fine & Sarah A. Faulker 131 South Dearborn ST Floor 5 Chicago, IL 60603 | | | | | |
| | NCO Financial Systems PO Box 17080 Wilmington, DE 19850-7080 | | | | | |
| | Sam's Club P.O. Box 530942 Atlanta, GA 30353-0942 | | | | | |
| | Sears Credit Cards P.O. Box 183082 Columbus, OH 43218-3082 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TCF National Bank PO Box 1485 Minneapolis, MN 55480-1485 | | | | | |
| | Target National Bank P. O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| | The CBE Group, Inc. Payment Processing Center PO Box 720 Waterloo, IA 50704-0720 | | | | | |
| | Zwicker & Associates, P.C. 80 Minuteman Road Andover, MA 01810-1008 | | | | | |
| 000003 | CITIFINANCIAL, INC. | | | | | |
| 000007 | CR EVERGREEN, LLC | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000002 | FIA CARD SERVICES AKA BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | FIA CARD SERVICES NA AKA BANK OF AM | | | | | |
| 000009 | FIA CARD SERVICES NA AKA BANK OF AM | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000014 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000001 | TARGET NATIONAL BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-39652 | SPS | Judge: SUSAN PIERSON SONDERBY |
|---|---|---|---|
| Case Name: | MONTOYA, MARTINA | | |
| | MONTOYA, ROGELIO | | |
| For Period Ending: | 05/24/12 | | |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Date Filed (f) or Converted (c): | 01/21/10 (c) |
| 341(a) Meeting Date: | 02/25/10 |
| Claims Bar Date: | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE<br>2417 S. TRUMBULL, CHICAGO, IL | 104,344.00 | 0.00 | DA | 0.00 | FA |
| 2. RESIDENCE<br>4208 Wabash, Hammond, IN | 65,700.00 | 0.00 | DA | 0.00 | FA |
| 3. FINANCIAL ACCOUNTS<br>CHECKING ACCOUNT WITH METROPOLITAN BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS<br>SAVINGS ACCOUNT WITH METROPOLITAN BANK | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS<br>LIVING ROOM FURNITURE, DINING ROOM AND BEDROOM FURNITURE, KITCHEN APPLIANCES, TV, WASHER AND DRYER | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 6. WEARING APPAREL<br>MEN'S CLOTHING, WOMEN'S CLOTHING, CHILDREN'S CLOTHING | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>2008 TOYOTA SCION XB | 12,850.00 | 0.00 | DA | 0.00 | FA |
| 8. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>2005 HUMMER | 24,200.00 | 0.00 | DA | 19,400.00 | FA |
| 9. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>1999 FORD PICKUP | 1,375.00 | 0.00 | DA | 0.00 | FA |
| 10. OFFICE EQUIPMENT<br>COMPUTER | 300.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | DA | 2.69 | FA |
| TOTALS (Excluding Unknown Values) | $216,769.00 | $0.00 | | $19,402.69 | Gross Value of Remaining Assets<br>$0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 09-39652 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MONTOYA, MARTINA | | | Date Filed (f) or Converted (c): | 01/21/10 (c) |
| | MONTOYA, ROGELIO | | | 341(a) Meeting Date: | 02/25/10 |
| | | | | Claims Bar Date: | 06/01/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL ASSETS ADMINISTERED; CLAIMS REVIEWED; TFR PREPARED AND SUBMITTED TO T. THORNTON FOR APPROVAL 1/13/12.

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39652 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | MONTOYA, MARTINA | | Bank Name: | BANK OF AMERICA, N.A. |
| | MONTOYA, ROGELIO | | Account Number / CD #: | *******0122 BofA - Money Market Account |
| Taxpayer ID No: | *******0192 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/10 | 8 | MONTOYA, MARTINA AND ROGELIO | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,500.00 | | 1,500.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 1,500.02 |
| 04/30/10 | 8 | ROGELIO & MARTINA MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 2,500.02 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.04 | | 2,500.06 |
| 05/03/10 | 8 | MARTINA MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 3,300.06 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 3,300.13 |
| 06/09/10 | 8 | ROGELIO & MARTINA MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 4,100.13 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.10 | | 4,100.23 |
| 07/08/10 | 8 | MARTINO MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 4,900.23 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.11 | | 4,900.34 |
| 08/12/10 | 8 | ROGELIO MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 5,700.34 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.14 | | 5,700.48 |
| 09/14/10 | 8 | MARTINA & ROGELIO MONTOYA 2417 SOUTH TRUMBULL AVENUE CHICAGO, IL 60623 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 6,500.48 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,500.63 |
| 10/13/10 | 8 | MARTINA & ROGELIO MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 7,300.63 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 7,300.80 |
| 11/09/10 | 8 | MARTINA AND ROGELIO MONTOYA 2417 SOUTH TRUMBULL AVENUE CHICAGO, IL 60623 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 8,100.80 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.19 | | 8,100.99 |
| 12/13/10 | 8 | MARTINA MONTOYA 2417 SOUTH TRUMBULL CHICAGO, IL | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 9,100.99 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,101.21 |
| 01/13/11 | 8 | ROGELIO MONTOYO | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 9,901.21 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.24 | | 9,901.45 |

Page Subtotals  9,901.45  0.00

Ver: 16.06b

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-39652 |
| Case Name: | MONTOYA, MARTINA |
| | MONTOYA, ROGELIO |
| Taxpayer ID No: | *******0192 |
| For Period Ending: | 05/24/12 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0122  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/11 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 8.54 | 9,892.91 |
| 02/14/11 | 8 | MARTINA MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 10,692.91 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,692.99 |
| 03/10/11 | 8 | MARTINA & ROGELIO MONTOYA 2417 SOUTH TRUMBULL AVENUE CHICAGO, IL 60623 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 11,692.99 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 11,693.09 |
| 04/13/11 | 8 | MARTINA & ROGELIO MONTOYA 2417 SOUTH TRUMBULL AVENUE CHICAGO, IL 60623 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,000.00 | | 12,693.09 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,693.19 |
| 05/12/11 | 8 | MARTINA MONTOYA 2417 SOUTH TRUMBULL AVENUE CHICAGO, IL 60623 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 13,493.19 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,493.30 |
| 06/14/11 | 8 | MARTINO AND ROGELI MONTOYA 4115 WEST MARQUETTE CHICAGO, IL  60629 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 14,293.30 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,293.41 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,293.52 |
| 08/19/11 | 8 | MARTINA MONTOYA 4115 WEST MARQUETTE CHICAGO, IL  60629 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 800.00 | | 15,093.52 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,093.65 |
| 09/14/11 | 8 | MARTINA MONTOYA 4115 WEST MARQUETTE CHICAGO, IL  60629 | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 1,800.00 | | 16,893.65 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,893.78 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 16,893.92 |

Page Subtotals       7,001.01       8.54

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39652 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MONTOYA, MARTINA | Bank Name: | BANK OF AMERICA, N.A. |
| | MONTOYA, ROGELIO | Account Number / CD #: | *******0122  BofA - Money Market Account |
| Taxpayer ID No: | *******0192 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 21.52 | 16,872.40 |
| 11/28/11 | 8 | ROGELIO AND MARTINA MONTOYA | | 1129-000 | 1,600.00 | | 18,472.40 |
| | | 4115 WEST MARQUETTE ROAD | | | | | |
| | | CHICAGO, IL 60629 | | | | | |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,472.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.80 | 18,451.74 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 18,451.83 |
| 12/20/11 | | Transfer to Acct #*******7688 | Final Posting Transfer | 9999-000 | | 18,451.83 | 0.00 |
| | | | COLUMN TOTALS | | 18,502.69 | 18,502.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 18,451.83 | |
| | | | Subtotal | | 18,502.69 | 50.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 18,502.69 | 50.86 | |

Page Subtotals          1,600.23          18,494.15

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-39652 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MONTOYA, MARTINA | Bank Name: | BANK OF AMERICA, N.A. |
| | MONTOYA, ROGELIO | Account Number / CD #: | *******7688 BofA - Checking Account |
| Taxpayer ID No: | *******0192 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******0122 | Transfer In From MMA Account | 9999-000 | 18,451.83 | | 18,451.83 |
| 12/27/11 | 8 | ROGELIO & MARTINA MONTOYA | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 900.00 | | 19,351.83 |
| | | 4115 WEST MARQUETTE | | | | | |
| | | CHICAGO, IL 60629 | | | | | |
| 01/20/12 | | Transfer to Acct #*******4240 | Bank Funds Transfer | 9999-000 | | 19,351.83 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 19,351.83 | 19,351.83 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 18,451.83 | 19,351.83 | |
| | | | Subtotal | | 900.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 900.00 | 0.00 | |

Page Subtotals      19,351.83      19,351.83

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39652 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | MONTOYA, MARTINA | | Bank Name: | Congressional Bank |
| | MONTOYA, ROGELIO | | Account Number / CD #: | *******4240  Checking Account |
| Taxpayer ID No: | *******0192 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7688 | Bank Funds Transfer | 9999-000 | 19,351.83 | | 19,351.83 |
| 03/20/12 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | 2,755.64 | 16,596.19 |
| | | | Fees         2,690.27 | 2100-000 | | | |
| | | | Expenses        65.37 | 2200-000 | | | |
| 03/20/12 | 003002 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL  60602 | ATTORNEY FOR TRUSTEE | | | 2,774.68 | 13,821.51 |
| | | | Fees         2,754.00 | 3210-000 | | | |
| | | | Expenses        20.68 | 3220-000 | | | |
| 03/20/12 | 003003 | TARGET NATIONAL BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000001, Payment 40.72% | 7100-000 | | 884.47 | 12,937.04 |
| 03/20/12 | 003004 | FIA Card Services aka Bank of America<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 40.72% | 7100-000 | | 177.59 | 12,759.45 |
| 03/20/12 | 003005 | CitiFinancial, Inc.<br>P.O. Box 140489<br>Irving, T X 75014-0489 | Claim 000003, Payment 40.72% | 7100-000 | | 5,660.25 | 7,099.20 |
| 03/20/12 | 003006 | PRA Receivables Mangement for Sam's Club<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000004, Payment 40.72% | 7100-000 | | 981.68 | 6,117.52 |
| 03/20/12 | 003007 | CR Evergreen, LLC | Claim 000007, Payment 40.72% | 7100-000 | | 289.68 | 5,827.84 |

Page Subtotals        19,351.83        13,523.99

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-39652 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | MONTOYA, MARTINA | Bank Name: | Congressional Bank |
| | MONTOYA, ROGELIO | Account Number / CD #: | *******4240  Checking Account |
| Taxpayer ID No: | *******0192 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/12 | 003008 | MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>FIA Card Services NA aka Bank of America<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000008, Payment 40.72% | 7100-000 | | 873.91 | 4,953.93 |
| 03/20/12 | 003009 | FIA Card Services NA aka Bank of America<br>By PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000009, Payment 40.72% | 7100-000 | | 2,277.18 | 2,676.75 |
| 03/20/12 | 003010 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000010, Payment 40.72% | 7100-000 | | 1,383.06 | 1,293.69 |
| 03/20/12 | 003011 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000011, Payment 40.72% | 7100-000 | | 749.77 | 543.92 |
| 03/20/12 | 003012 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 35480<br>Newark, NJ 07193-5480 | Claim 000012, Payment 40.72% | 7100-000 | | 543.92 | 0.00 |

Page Subtotals      0.00      5,827.84

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-39652 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | MONTOYA, MARTINA | | Bank Name: | Congressional Bank |
| | MONTOYA, ROGELIO | | Account Number / CD #: | *******4240  Checking Account |
| Taxpayer ID No: | *******0192 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 19,351.83 | 19,351.83 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 19,351.83 | 0.00 | |
| | | | Subtotal | | 0.00 | 19,351.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 19,351.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Money Market Account - ********0122 | 18,502.69 | 50.86 | 0.00 |
| BofA - Checking Account - ********7688 | 900.00 | 0.00 | 0.00 |
| Checking Account - ********4240 | 0.00 | 19,351.83 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 19,402.69 | 19,402.69 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.06b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*